UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RIGOBERTO GARCIA ORTIZ,<br><br>Petitioner,<br><br>v.<br><br>BRIAN HENKEY, Field Office Director of Enforcement and Removal Operations, Salt Lake City Field Office, Immigration and Customs Enforcement; KENNETH PORTER, Acting Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; MICHAEL HOLLINGSHEAD, Sheriff of Elmore County,<br><br>Respondents. | Case No. 1:26-cv-00043-BLW<br><br>**SUPPLEMENTAL ORDER** |

The Court issues this Supplemental Order to clarify the February 4, 2026, Memorandum Decision and Order as it pertains the Court's earlier directive that Petitioner may not be removed from the District of Idaho.

On January 26, 2026, the Court issued an Order requiring Respondents to respond to the Petition. To preserve the status quo, the Court also provided that

"Petitioner may not be removed from the United States or the District of Idaho until further order this Court." Dkt. 4 at 3. On February 4, 2026, the Court granted the Petition and ordered Respondents to either release Petitioner or provide him with a bond hearing within seven days. If Respondents pursue a bond hearing, this will require Petitioner's transfer out of the District of Idaho. Accordingly, the Court intended the February 4, 2026, Order to vacate the earlier prohibition on Petitioner's removal or transfer. Because the language of that Order did not make that authorization explicit, the Court now issues this supplement.

DATED: February 4, 2026

B. Lynn Winmill
U.S. District Court Judge